# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tostrud, Eric C. | U.S. District Court, Minnesota | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building, Room 334
316 North Robert Street
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Trust #3 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Bank Checking Account | A | Interest | K | T | | | | | |
| 2. US Bank Money Market Account | A | Interest | J | T | | | | | |
| 3. US Bank Managed Account 1 (H) | | | | | | | | | |
| 4. First American Retail Prime Obligations Fund | C | Interest | M | T | | | | | |
| 5. Congress Mid Cap Growth Fund | E | Dividend | N | T | | | | | |
| 6. Health Care Select Sector SPDR Fund | A | Dividend | | | Sold | 07/12/19 | L | D | |
| 7. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 8. JPM 24M EEM 1.5X LBR 5/21/20 | | None | L | T | | | | | |
| 9. RBC Medium Term Note | | None | | | Matured | 03/29/19 | L | D | |
| 10. RBC 24M SPX 1.5X LBR 6/3/20 | | None | M | T | | | | | |
| 11. Vanguard Dividend Appreciation Index Fund | C | Dividend | N | T | | | | | |
| 12. Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 13. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 14. MFS International Value Fund | D | Dividend | N | T | | | | | |
| 15. Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 16. Vanguard Intermediate Term Tax-Exempt Fund | D | Interest | M | T | | | | | |
| 17. Vanguard Total Bond Market Index Fund | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Vanguard Inflation-Protected Securities Fund | A | Interest | K | T | | | | | |
| 19. Loomis Sayles Strategic Alpha Fund | B | Interest | L | T | | | | | |
| 20. Ishares Ibonds Term Muni | A | Interest | | | Sold | 07/12/19 | M | A | |
| 21. SPDR S&P 500 Index | C | Dividend | N | T | | | | | |
| 22. Ishares Core MSCI Eafe | C | Dividend | N | T | | | | | |
| 23. Nueberger Berman Long/Short Fund | | None | | | Sold | 07/11/19 | M | E | |
| 24. Schwab U.S. REIT | C | Dividend | M | T | | | | | |
| 25. Ipath DJ Commodity Index | | None | | | Sold | 07/12/19 | K | B | |
| 26. JPM 24M BCOM 2X LBR 5/29/20 | | None | K | T | | | | | |
| 27. Fidelity intermediate municipal income fund | B | Interest | M | T | | | | | |
| 28. US Bank Managed Account 2 (H) | | | | | | | | | |
| 29. First American Retail Prime Obligations Fund | C | Interest | M | T | | | | | |
| 30. Congress Mid Cap Growth Fund | E | Dividend | N | T | | | | | |
| 31. Health Care Select Sector SPDR Fund | A | Dividend | | | Sold | 07/12/19 | L | D | |
| 32. Jensen Quality Growth Fund | E | Dividend | M | T | | | | | |
| 33. JPM 24M EEM 1.5X LBR 5/29/20 | | None | L | T | | | | | |
| 34. JPM 24M ECOM 2X LBR 5/29/20 | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RBC Medium Term Note | | None | | | Matured | 03/29/19 | L | D | |
| 36. RBC 24M SPX 1.5X LBR 6/3/20 | | None | M | T | | | | | |
| 37. Vanguard Dividend Appreciation Index Fund | C | Dividend | N | T | | | | | |
| 38. Vanguard Growth Index Fund | A | Dividend | L | T | | | | | |
| 39. Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 40. MFS International Value Fund | D | Dividend | N | T | | | | | |
| 41. Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 42. Vanguard Intermediate Term Tax-Exempt Fund | D | Interest | M | T | | | | | |
| 43. Vanguard Total Bond Market Fund | B | Interest | K | T | | | | | |
| 44. Vanguard Inflation-Protected Securities Fund | A | Interest | K | T | | | | | |
| 45. Loomis Sayles Strategic Alpha Fund | B | Interest | L | T | | | | | |
| 46. Ishares Ibonds Term Muni Bond | A | Interest | | | Sold | 07/12/19 | M | | |
| 47. SPDR S&P 500 ETF | D | Dividend | N | T | | | | | |
| 48. Schwab U.S. Reit | C | Dividend | M | T | | | | | |
| 49. Ipath DJ Commodity Index | | None | | | Sold | 07/12/19 | K | B | |
| 50. Ishares Core MSCI EAFE ETF | C | Dividend | M | T | | | | | |
| 51. US Bank Managed Account 3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | First American Retail Prime Obl | D | Interest | N | T | | | | | |
| 53. | Vanguard Total Bond Market Fund | C | Dividend | L | T | | | | | |
| 54. | Jensen Quality Growth Fund | F | Dividend | O | T | | | | | |
| 55. | MFS International Value Fund Class 1 | E | Dividend | O | T | | | | | |
| 56. | Vanguard Dividend Appreciation Index Fund | D | Dividend | O | T | | | | | |
| 57. | Vanguard Growth Index Fund | D | Dividend | O | T | | | | | |
| 58. | Vanguard 500 Index Fund | E | Dividend | O | T | | | | | |
| 59. | Vanguard Short-term Bond Fund | D | Interest | N | T | | | | | |
| 60. | Fidelity Intermediate Municipal Income Fund | E | Interest | P1 | T | | | | | |
| 61. | Ishares Ibond Term Muni-Bonds | B | Interest | | | Sold | 07/12/19 | N | | |
| 62. | Nuveen MN Municipal Bond Fund | D | Interest | N | T | | | | | |
| 63. | Neuberger Berman Genesis Fund | E | Dividend | N | T | | | | | |
| 64. | SPDR S&P 500 ETF | E | Dividend | P1 | T | | | | | |
| 65. | Ishares Core MSCI EAFE | E | Dividend | O | T | | | | | |
| 66. | Causeway Emerging Markets Fund | D | Dividend | N | T | | | | | |
| 67. | Neuberger Berman Long/Short Fund | | None | | | Sold | 07/11/19 | N | E | |
| 68. | Schwab U.S. Reit | E | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  iPath Dow Jones US Commodity ETN | | None | | | Sold | 07/12/19 | M | D | |
| 70.  Pimco Low Duration Fund | | None | | | Sold | 02/20/19 | J | A | |
| 71.  Trust #1 (H) | | | | | | | | | |
| 72.  First American Retail Prime Obligations Fund Class Y | A | Interest | K | T | | | | | |
| 73.  Coho Relative Value Fund Inst'l Class | | None | | | Sold | 03/14/19 | M | A | |
| 74.  Vanguard Mid-Cap Index Fund | B | Dividend | L | T | | | | | |
| 75.  JP Morgan U.S. Small Company Fund | A | Dividend | L | T | | | | | |
| 76.  Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 77.  Fidelity Advisor International Discovery Fund | B | Dividend | L | T | | | | | |
| 78.  Parametric Emerging Markets Inst'l Fund | A | Dividend | K | T | | | | | |
| 79.  Boston Partners Long/Short Research Fund | B | Distribution | L | T | Sold (part) | 01/14/19 | K | | |
| 80.  Nuveen All American Municipal Bond Fund | B | Interest | K | T | | | | | |
| 81.  Nuveen Intermediate Duration Municipal Bond Fund | C | Interest | M | T | | | | | |
| 82.  Nuveen Inflation Protected Securities Fund | A | Interest | | | Sold | 03/14/19 | K | | |
| 83.  Nuveen Real Estate Securities Fund | C | Dividend | K | T | | | | | |
| 84.  Goldman Sachs Commodity Strategy Fund | B | Dividend | K | T | Sold (part) | 03/14/19 | J | | |
| 85.  iShares iBonds Term Muni Bond Fund | A | Interest | | | Sold | 03/15/19 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | iShares MSCI EAFE | C | Dividend | L | T | | | | | |
| 87. | Columbia Dividend Income Fund | B | Interest | L | T | | | | | |
| 88. | T. Rowe Price Growth Stock Fund | B | Dividend | L | T | | | | | |
| 89. | Trust #2 (H) | | | | | | | | | |
| 90. | First American Retail Prime Obligations Fund Class Y | A | Interest | K | T | | | | | |
| 91. | Coho Relative Value Equity Fund Inst'l Class | | None | | | Sold | 03/14/19 | M | A | |
| 92. | JP Morgan U.S. Small Company Fund | A | Dividend | L | T | | | | | |
| 93. | Vanguard Mid-Cap Index Fund | B | Dividend | L | T | | | | | |
| 94. | Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 95. | Fidelity Advisor International Discovery Fund | B | Dividend | L | T | | | | | |
| 96. | Parametric Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 97. | Boston Partners Long/Short Research Fund | B | Dividend | L | T | Sold (part) | 01/14/19 | K | | |
| 98. | Nuveen All American Municipal Bond Fund | B | Interest | K | T | | | | | |
| 99. | Nuveen Intermediate Duration Municipal Bond Fund | C | Interest | M | T | | | | | |
| 100. | Nuveen Inflation Protected Securities Fund | A | Interest | | | Sold | 03/14/19 | K | | |
| 101. | Nuveen Real Estate Securities Fund | C | Dividend | K | T | | | | | |
| 102. | Goldman Sachs Commodity Strategy Fund | B | Dividend | K | T | Sold (part) | 03/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Ishares ibonds SEP 2019 Munit Bond ETF | A | Interest | | | Sold | 03/14/19 | L | | |
| 104.  Ishares MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 105.  Columbia Dividend Income Fund | B | Interest | L | T | | | | | |
| 106.  T. Rowe Price Growth Stock Fund | B | Dividend | L | T | | | | | |
| 107.  US Bank IRA (H) | | | | | | | | | |
| 108.  First American Retail Prime Obl | C | Interest | K | T | | | | | |
| 109.  Baird Aggregate Bond Fund | B | Interest | N | T | | | | | |
| 110.  Oppenheimer Senior Floating Rate Fund | A | Interest | L | T | | | | | |
| 111.  SPDR S&P500 ETF | C | Interest | M | T | | | | | |
| 112.  Vanguard Total Stock Market Fund | B | Dividend | M | T | | | | | |
| 113.  Ishares MSCI EAFE ETF | B | Dividend | M | T | | | | | |
| 114.  Causeway Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 115.  Boston Partners Long/Short Fund | | None | | | Sold | 07/10/19 | K | | |
| 116.  Neuberger Berman Long/Short Fund | | None | | | Sold | 07/10/19 | K | | |
| 117.  Vanguard Real Estate ETF | B | Dividend | M | T | | | | | |
| 118.  Vanguard Global exUS Real Estate ETF | C | Dividend | L | T | | | | | |
| 119.  Trust #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. First American Retail Prime Obligations Fund | D | Interest | M | T | | | | | |
| 121. 2UInc | | None | J | T | | | | | |
| 122. 3M Co | C | Dividend | M | T | | | | | |
| 123. A E S Corp | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 124. Abbott Labs | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 125. Adidas Ag ADR | A | Dividend | | | Sold | 01/08/19 | K | E | |
| 126. Allstate Corp | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 127. Alphabet Inc Cl A | | None | M | T | | | | | |
| 128. Alphabet Inc Cl C | | None | | | Sold | 01/08/19 | K | D | |
| 129. Ansys Inc | | None | | | Sold | 01/08/19 | K | D | |
| 130. Anthem Inc | | None | | | Sold | 01/08/19 | J | C | |
| 131. Apogee Enterprises | | None | | | Sold | 01/08/19 | J | | |
| 132. Apple Inc | C | Dividend | N | T | | | | | |
| 133. Aptar Group INc | | None | | | Sold | 01/08/19 | J | C | |
| 134. Astec Industries Inc | | None | | | Sold | 01/08/19 | J | | |
| 135. AT&T | | None | | | Sold | 01/08/19 | J | | |
| 136. AthenaHealth Inc | | None | | | Sold | 01/08/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Atrion Corp | | None | | | Sold | 01/08/19 | K | D | |
| 138. Badger Meter Inc | | None | | | Sold | 01/08/19 | J | B | |
| 139. Bank of America | B | Dividend | L | T | | | | | |
| 140. Beacon Roofing Supply Inc | | None | | | Sold | 01/08/19 | K | D | |
| 141. Berkshire Hathaway Inc | | None | M | T | | | | | |
| 142. Best Buy Co | | None | | | Sold | 01/08/19 | J | B | |
| 143. Bio Techne Corp | | None | | | Sold | 01/08/19 | K | D | |
| 144. Booking Holdings | | None | L | T | | | | | |
| 145. Cabot Microelectronics Corp | A | Dividend | | | Sold | 01/17/19 | J | | |
| 146. Capital One | | None | | | Sold | 01/08/19 | J | B | |
| 147. Causeway Emerging Markets Intl Fund | D | Dividend | N | T | | | | | |
| 148. Chevron Corp | | None | | | Sold | 01/08/19 | J | A | |
| 149. Chem Ed | | None | | | Sold | 01/08/19 | K | E | |
| 150. Cigna Corp | | None | | | Sold | 01/08/19 | J | C | |
| 151. Cisco Systems Inc | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 152. Citigroup Inc | | None | | | Sold | 01/08/19 | K | C | |
| 153. Cognex Corp | | None | | | Sold | 01/08/19 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cognizant Tech Solutions A | | None | | | Sold | 01/08/19 | L | D | |
| 155. Conocophillips | | None | | | Sold | 01/08/19 | J | C | |
| 156. Costar Group Inc | | None | L | T | | | | | |
| 157. Crown Castle Int'l Corp | | None | | | Sold | 01/08/19 | K | C | |
| 158. CVS Health Corp | B | Dividend | K | T | | | | | |
| 159. Delta Air Lines Inc | | None | | | Sold | 01/08/19 | J | C | |
| 160. Deutsche X Trackers MSCI Europe ETF | D | Dividend | M | T | | | | | |
| 161. Diamondback Energy Inc | | None | | | Sold | 01/08/19 | J | C | |
| 162. Discover Finl Svcs | | None | | | Sold | 01/08/19 | J | B | |
| 163. Dorman Products | | None | | | Sold | 01/08/19 | J | D | |
| 164. DowDupont Inc | | None | | | Sold | 01/08/19 | K | B | |
| 165. DXC Technology Co | A | Dividend | | | Sold | 01/08/19 | K | D | |
| 166. E Bay Inc | | None | | | Sold | 01/08/19 | J | B | |
| 167. Ecolab Inc | B | Dividend | M | T | | | | | |
| 168. Edwards Lifesciences Corp | | None | | | Sold | 01/08/19 | J | B | |
| 169. Ellie Mae Inc | | None | | | Sold | 01/08/19 | J | | |
| 170. Fastenal Co | | None | | | Sold | 01/08/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1￼(A-H) | (2)<br>Type (e g ,￼div , rent,￼or int ) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3￼(Q-W) | (1)<br>Type (e g ,￼buy, sell,￼redemption) | (2)<br>Date￼mm/dd/yy | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1￼(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 171. Fifth Third Bancorp | A | Dividend | | | Sold | 01/08/19 | J | B | |
| 172. Five Below | | None | K | T | | | | | |
| 173. Foster LB Co Cl A | | None | | | Sold | 01/08/19 | J | A | |
| 174. General Dynamics Corp | | None | | | Sold | 01/08/19 | K | C | |
| 175. Gentex Corp | A | Dividend | | | Sold | 01/08/19 | K | D | |
| 176. Grand Canyon Education Inc | | None | K | T | | | | | |
| 177. Granite Construction Inc | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 178. Healthcare Select SPDR | C | Dividend | M | T | | | | | |
| 179. Healthcare Svcs Group INc | | None | | | Sold | 01/08/19 | K | D | |
| 180. Heico Corp | A | Dividend | | | Sold | 01/08/19 | K | D | |
| 181. Hewlett Packard Enterprises Co | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 182. Hingham Institution for Savings | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 183. Home Depot Inc | | None | | | Sold | 01/08/19 | J | A | |
| 184. Hooker Furniture Corp | | None | | | Sold | 01/08/19 | J | D | |
| 185. ICU Medical Inc | | None | | | Sold | 01/08/19 | K | E | |
| 186. IHS Markit LTD | | None | | | Sold | 01/08/19 | K | D | |
| 187. Invesco Balanced Risk Commodity | | None | | | Sold | 12/11/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Ishares Core MSCI EAFE Index | | None | | | Sold | 01/08/19 | M | | |
| 189. Ishares TIPS Bond Etf | | None | | | Sold | 01/08/19 | M | | |
| 190. J&J Snack Foods Corp | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 191. JP Morgan Chase Co | D | Dividend | N | T | | | | | |
| 192. Johnson Johnson | C | Dividend | M | T | | | | | |
| 193. Johnson Outdoors Inc Cl A | | None | | | Sold | 01/08/19 | J | D | |
| 194. Kimball Electronics Inc | | None | | | Sold | 01/08/19 | J | B | |
| 195. Laboratory Corp of America Hldgs | | None | | | Sold | 01/08/19 | J | | |
| 196. Lakeland Industries Inc | | None | | | Sold | 01/08/19 | J | B | |
| 197. LKQ Corp | | None | | | Sold | 01/08/19 | K | | |
| 198. Loomis Sayles Strategic Alpha Fund | | None | | | Sold | 01/08/19 | M | | |
| 199. M K S Instruments Inc | | None | | | Sold | 01/08/19 | J | C | |
| 200. Marathon Petroleum Corp | | None | | | Sold | 01/08/19 | J | C | |
| 201. Marcus Corp | | None | | | Sold | 01/08/19 | K | D | |
| 202. Maximus Inc | A | Dividend | K | T | | | | | |
| 203. Methanex Corp | | None | | | Sold | 01/08/19 | J | C | |
| 204. Microsoft corp | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. Middleby Corp | | None | | | Sold | 01/08/19 | K | C | |
| 206. Monarch Casino & Resort Inc | | None | | | Sold | 01/08/19 | K | E | |
| 207. MSA Safety Inc | | None | | | Sold | 01/08/19 | J | C | |
| 208. National Instrs Corp | | None | | | Sold | 01/08/19 | K | D | |
| 209. National Presto Inds Inc | | None | | | Sold | 01/08/19 | J | C | |
| 210. Neogen Corp | | None | | | Sold | 01/08/19 | K | D | |
| 211. Nike Inc | B | Dividend | M | T | | | | | |
| 212. Nuveen All American Muni Bd Fd | D | Interest | N | T | | | | | |
| 213. Nuveen High Yield Muni Bd Cl I | C | Interest | L | T | | | | | |
| 214. Nuveen Inter Dur Muni Bond I | E | Interest | O | T | | | | | |
| 215. Nuveen Short Dur Hi Yld Muni Bd I | D | Interest | N | T | | | | | |
| 216. Oracle Corp | | None | | | Sold | 01/08/19 | J | B | |
| 217. Paypal Hldgs Inc | | None | L | T | | | | | |
| 218. Perspecta | A | Dividend | | | Sold | 01/08/19 | J | B | |
| 219. Phillips 66 | | None | | | Sold | 01/08/19 | J | B | |
| 220. Pioneer Nat Res o | | None | | | Sold | 01/08/19 | J | A | |
| 221. Pra Group Inc | | None | | | Sold | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Pros Holdings Inc | | None | | | Sold | 01/08/19 | J | C | |
| 223. Proto Labs In | | None | | | Sold | 01/08/19 | K | D | |
| 224. Qualcomm Inc | | None | | | Sold | 01/08/19 | K | D | |
| 225. Raytheon Company | A | Dividend | | | Sold | 01/08/19 | K | D | |
| 226. RBC 24M EFA 1.5X 6/3/20 | | None | M | T | | | | | |
| 227. Regions Finl Corp | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 228. Ritchie Bros Autioneers Inc | | None | | | Sold | 01/08/19 | K | D | |
| 229. Rollins Inc | A | Dividend | K | T | | | | | |
| 230. Ross Stores Inc | | None | | | Sold | 01/08/19 | K | D | |
| 231. Robeco Boston Partners Fund | D | Distribution | O | T | | | | | |
| 232. Royal Dutch Shell PLC Adr | | None | | | Sold | 01/08/19 | K | D | |
| 233. Shlumberger Ltd | A | Dividend | | | Sold | 01/08/19 | K | D | |
| 234. Schwab Charles Corp | | None | | | Sold | 01/08/19 | K | D | |
| 235. Steel Dynamics Inc | A | Dividend | | | Sold | 01/08/19 | J | B | |
| 236. Sturm Ruger & Co | | None | | | Sold | 01/08/19 | J | C | |
| 237. Technology Select Sector SPDR | | None | | | Sold | 01/08/19 | L | | |
| 238. Texas Instruments Inc | | None | | | Sold | 01/08/19 | J | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. Thor Industries Inc | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 240. Tjx Companies | | None | | | Sold | 01/08/19 | K | C | |
| 241. Tractor Supply Co | | None | | | Sold | 01/08/19 | K | D | |
| 242. Tributary Small Company Fund | | None | | | Sold | 01/08/19 | M | | |
| 243. Twenty First Century Fox Inc | | None | | | Sold | 01/08/19 | J | B | |
| 244. Twin Disc Inc | | None | | | Sold | 01/08/19 | J | A | |
| 245. Tyler Technologies In | | None | | | Sold | 01/08/19 | J | A | |
| 246. Ulitmate Software Group In | | None | | | Sold | 01/08/19 | K | E | |
| 247. Unit Corp | | None | | | Sold | 01/08/19 | J | D | |
| 248. United Continental Hlgs In | | None | | | Sold | 01/08/19 | J | D | |
| 249. Unitedhealth Group Inc | | None | | | Sold | 01/08/19 | K | D | |
| 250. Vanguard Global ex US Real Estate | | None | | | Sold | 01/08/19 | N | | |
| 251. Vanguard Intl Growth Fd | D | Dividend | O | T | | | | | |
| 252. Vanguard Real Estate | | None | | | Sold | 01/08/19 | M | | |
| 253. Veeva Systems In Cl A | | None | K | T | | | | | |
| 254. Verisk Analytics Inc | B | Dividend | M | T | | | | | |
| 255. Visa Inc Class A | A | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. Walt Disney | C | Dividend | N | T | | | | | |
| 257. Watsxo Inx | | None | | | Sold | 01/08/19 | J | A | |
| 258. Westrock Co | | None | | | Sold | 01/08/19 | J | | |
| 259. Federated Intst High Yield Bond Fd | C | Interest | M | T | | | | | |
| 260. TIAA Cref Inflation Linked Bond Fund | D | Interest | M | T | | | | | |
| 261. SPDR S&P 500 ETF | D | Dividend | P1 | T | | | | | |
| 262. Congress Midcap Growth Fund | E | Dividend | M | T | | | | | |
| 263. T. Rowe Price Small cap Stock Fund | E | Dividend | O | T | | | | | |
| 264. Nuveen Real Estate Securities Fund | E | Dividend | N | T | | | | | |
| 265. Principal Fds Global Real Estate Securites | E | Dividend | N | T | | | | | |
| 266. Crossingbridge Long Short Credit Fund | B | Dividend | | | Sold | 08/28/19 | M | | |
| 267. Trust #4 (H) | | | | | | | | | |
| 268. First Am Govt Obligations Fund | C | Interest | M | T | | | | | |
| 269. Baird Aggregate Bond Fund | C | Interest | | | Sold | 12/12/19 | M | D | |
| 270. Nuveen MN Intermediate Muni Bond Fd | C | Interest | M | T | | | | | |
| 271. Oppenheimer Senior Floating Rate Fund | C | Interest | | | Sold | 12/12/19 | L | | |
| 272. Healthcare Select SPDR | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tostrud, Eric C. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273.  SPDR S&P 500 ETF | D | Dividend | O | T | | | | | |
| 274.  T. Rowe Price Midcap Growth Fund | E | Dividend | O | T | | | | | |
| 275.  T. Rowe Price Small Cap Stock Fund | D | Dividend | N | T | | | | | |
| 276.  Technology Select Sector SPDR | B | Dividend | M | T | | | | | |
| 277.  Vanguard Total Stock Market ETF | D | Dividend | O | T | | | | | |
| 278.  Harding Loevner Fund | D | Dividend | N | T | | | | | |
| 279.  iShares Core MSCI EAFE ETF | D | Dividend | N | T | | | | | |
| 280.  Causeway Emerging Markets Fund | D | Dividend | N | T | | | | | |
| 281.  Boston Partners Long/Short Research Fund | | None | | | Sold | 12/12/19 | M | | |
| 282.  Neuberger Berman Long Short Fund | | None | | | Sold | 12/12/19 | M | C | |
| 283.  Vanguard Real Estate ETF | D | Dividend | M | T | Sold (part) | 12/13/19 | K | D | |
| 284.  Vanguard Global ex US Real Estate ETF | B | Dividend | | | Sold | 12/13/19 | L | D | |
| 285.  Mainstay Floating Rate Fund | | None | N | T | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tostrud, Eric C.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric C. Tostrud**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544